**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco Javier CERON–GOMEZ,
a.k.a. Raul Gomez–Hernandez,
Defendant–Appellant.**

**Nos. 09–10029, 09–10031.**

United States Court of Appeals,
Ninth Circuit.

*** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted June 15, 2011.*

Filed July 1, 2011.

Christina Marie Cabanillas, Assistant U.S., USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Enrique Rene Gonzales, Rio Rico, AZ, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Francisco Javier Ceron–Gomez appeals from (1) his guilty-plea conviction and 77–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326; and (2) the district court's judgment revoking his supervised release and imposing an 18–month sentence of imprisonment. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ceron–Gomez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**